1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT YAKIMA

| | |
|---|---|
| GOTTSTEIN CORPORATION, a Pennsylvania corporation, dba Boyd & Boyd Industries,<br><br>    Plaintiff,<br><br>    v.<br><br>RED PEARL SYSTEMS, LLC, a Washington limited liability company; and PACKING HOUSE SERVICES, INC., a Washington corporation,<br><br>    Defendants. | No. _____<br><br>COMPLAINT |

Plaintiff Gottstein Corporation dba Boyd & Boyd Industries ("Plaintiff or Gottstein"), hereby alleges as follows:

## **PARTIES**

1.    Plaintiff is, and at all times mentioned herein was, a Pennsylvania corporation organized and existing under the laws of the State of Pennsylvania, with its principal place of business in Hazelton, Pennsylvania.

*Complaint - 1*

2.      Gottstein does business as Boyd & Boyd Industries ("Boyd & Boyd").

3.      Plaintiff is informed and believes, and based thereon alleges, that defendant Red Pearl Systems, LLC ("RPS") is, and at all times mentioned herein was, a Washington limited liability company with a principal place of business in Union Gap, Washington.

4.      Plaintiff is informed and believes, and based thereon alleges, that defendant Packing House Services, Inc. ("Packing House") is, and at all times mentioned herein was, a Washington corporation with a principal place of business in Union Gap, Washington.

## JURISDICTION AND VENUE

5.      This court has jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are diverse and because the amount in controversy exceeds the sum or value of $75,000.

6.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because the Defendants reside in the state of Washington and a substantial part of the events giving rise to the dispute occurred in the state of Washington.

## GENERAL ALLEGATIONS

7.      Plaintiff sells, delivers, and installs industrial and commercial equipment in warehouses.

8.      Plaintiff is informed and believes, and based thereon alleges, that defendants are in the business of designing equipment used for the sorting of produce and other food products.

*Complaint - 2*

**Hillis Clark Martin & Peterson P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789

9.      Between December 13, 2018 to February 21, 2022, Plaintiff and defendants entered into various commercial agreements to provide industrial equipment at the request of defendants.

10.     Defendants are various entities owned or controlled by Todd Odman ("Odman").

## Chile Transaction

11.     In or about December 2018, at Packing House's request, Plaintiff shipped equipment to Red Pearl Chile Ltda in Santiago, Chile.

12.     On or about December 13, 2018, Plaintiff sent invoice #121318 to defendant Packing House for $377,601.80. The invoice sets forth the quantity, description, and price of each item that was sold, shipped, and installed at the request of defendant. A true and correct copy of invoice #121318 is attached hereto as **Exhibit A.**

13.     As of July 26, 2022, defendant Packing House owed a total of $377,601.80 to Plaintiff.

14.     At no point did defendant Packing House return or refuse the goods shipped or services rendered to Red Pearl Chile Ltda pursuant to invoice #121318.

## Canada Transaction

15.     In or about March 2021, at the request of RPS, Plaintiff shipped equipment to CFP Ltp in Osoyoos, British Columbia, Canada.

16.     On March 4, 2021, Plaintiff sent invoice #5165 to defendant RPS for $649,546.00. The invoice sets forth the quantity, item code, description, price of each item, and the total cost for the line item that was sold, shipped, and

*Complaint - 3*

installed at request of defendant. A true and correct copy of invoice #5165 is attached hereto as **Exhibit B.**

17. Between March 2020 and February 2021, defendant RPS made payments on invoice #5165 in the amount of $390,000.00.

18. As of May 3, 2022, defendant RPS owed a total of $270,626.00 to Plaintiff.

19. At no point did defendant RPS return or refuse the goods shipped or services rendered to CFP Ltp. pursuant to invoice #5165.

*Washington Transaction*

20. Between May 2021 and February 2022, at the request of RPS, Plaintiff shipped commercial equipment to Piepel Premium in Wenatchee, Washington.

21. On June 16, 2021, Plaintiff sent invoice #61621 to Odman on behalf of RPS for $4,738.00 for transportation of equipment to be installed for Piepel Premium. The invoice sets forth the quantity, description, and price of freight for items shipped at RPS's request. A true and correct copy of invoice #61621 is attached hereto as **Exhibit C.**

22. On August 11, 2021, Plaintiff sent invoice #81121 to Odman on behalf of RPS for $41,926.00. The invoice sets forth a description of the service rendered at RPS's request. A true and correct copy of invoice #81121 is attached hereto as **Exhibit D.**

23. On February 21, 2022, Plaintiff sent invoice #5220 to defendant RPS for $258,242.00. The invoice sets forth the quantity, item code, description, price of each item, and the total cost for the line items that were sold and

*Complaint - 4*

**Hillis Clark Martin & Peterson P.S.**
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789

shipped at RPS's request. A true and correct copy of invoice #5220 is attached hereto as **Exhibit E.**

24.    Between March 2021 and July 2021, defendant RPS paid a total of $226,043.10 for goods and services provided to Piepel Premium.

25.    As of July 26, 2022, defendant RPS owed a total of $78,862.90 to Plaintiff.

26.    At no point did defendant RPS return or refuse the goods shipped or services rendered to Piepel Premium.

## FIRST CAUSE OF ACTION
**(Breach of Contract for Sale of Goods – Against Defendant Packing House)**
(Chile Transaction)

27.    The preceding allegations are incorporated herein in their entirety.

28.    Plaintiff and Packing House entered into an agreement whereby Plaintiff would provide goods and services as requested by Packing House in exchange for payment.

29.    On or about December 13, 2018, at Packing House's request, Plaintiff shipped goods and provided services as instructed by Packing House, which is evidenced by invoice #121318. See Exhibit A.

30.    As of July 26, 2022, Packing House owed a total of $377,601.80 to Plaintiff.

31.    Plaintiff has made several demands for payment, however, to date, Packing House has failed and refused to make payment on the invoices.

32.    Plaintiff performed all conditions, covenants, and promises required on its part to be performed in accordance with the terms and conditions of the agreement, including shipping the goods and providing the services listed on the invoice to Packing House.

*Complaint - 5*

**Hillis Clark Martin & Peterson P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789

33.     Packing House has breached its obligation under the agreement by failing to remit payment as alleged herein. Specifically, Packing House breached the agreement by failing to pay to Plaintiff the total amount due and owing to Plaintiff for the goods and services that Packing House requested and received.

34.     As a proximate cause of Packing House's breach of the contract, as of July 26, 2022, Plaintiff has been damaged in the total amount of $377,601.80, plus interest and costs.

## SECOND CAUSE OF ACTION
### (Unjust Enrichment – Against Defendant Packing House)
(Chile Transaction)

35.     The preceding allegations are incorporated herein in their entirety.

36.     In the alternative to Plaintiff's claim for Breach of Contract (First Cause of Action), Plaintiff asserts that Packing House has been unjustly enriched as a result of the conduct set forth above.

37.     By selling and shipping goods and providing services at Packing House's request, Plaintiff conferred a benefit on Packing House.

38.     Packing House acknowledged this benefit through its acceptance, retention, and use of Plaintiff's goods and services.

39.     Under the circumstances set forth above, it would be inequitable for Packing House to retain the benefit conveyed by Plaintiff without payment to Plaintiff of the value of the benefit.

40.     Packing House has been unjustly enriched in an amount in excess of $377,601.80.

41.     Plaintiff has been injured by Packing House in an amount in excess of $377,601.80.

*Complaint - 6*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## THIRD CAUSE OF ACTION
### (Breach of Contract for Sale of Goods – Against Defendant RPS)
### (Canada Transaction)

42.     The preceding allegations are incorporated herein in their entirety.

43.     Plaintiff and defendant RPS entered into an agreement whereby Plaintiff would provide goods and services as requested by RPS in exchange for payment.

44.     On or about March 4, 2021, at RPS's request, Plaintiff shipped goods and provided services as instructed by RPS, which is evidenced by invoice #5165. See Exhibit B.

45.     As of May 3, 2022, defendant RPS owed a total of $270,626.00 to Plaintiff.

46.     Plaintiff has made several demands for payment, however, to date, RPS has failed and refused to make payment on the invoices.

47.     Plaintiff performed all conditions, covenants, and promises required on its part to be performed in accordance with the terms and conditions of the agreement, including shipping the goods and providing the services listed on the invoice to RPS.

48.     RPS has breached its obligation under the agreement by failing to remit payment as alleged herein. Specifically, RPS breached the agreement by failing to pay to Plaintiff the total amount due and owing to Plaintiff for the goods and services that RPS requested and received.

49.     As a proximate cause of RPS's breach of the contract, as of May 3, 2022, Plaintiff has been damaged in the total amount of $270,626.00, plus interest and costs.

*Complaint - 7*

**Hillis Clark Martin & Peterson P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789

### FOURTH CAUSE OF ACTION
**(Unjust Enrichment – Against Defendant RPS)**
(Canada Transaction)

50.    The preceding allegations are incorporated herein in their entirety.

51.    In the alternative to Plaintiff's claim for Breach of Contract (Third Cause of Action), Plaintiff asserts that RPS has been unjustly enriched as a result of the conduct set forth above.

52.    By selling and shipping goods and providing services at RPS's request, Plaintiff conferred a benefit on RPS.

53.    RPS acknowledged this benefit through its acceptance, retention, and use of Plaintiff's goods and services.

54.    Under the circumstances set forth above, it would be inequitable for RPS to retain the benefit conveyed by Plaintiff without payment to Plaintiff of the value of the benefit.

55.    RPS has been unjustly enriched in an amount in excess of $270,626.00.

56.    Plaintiff has been injured by RPS in an amount in excess of $270,626.00.

### FIFTH CAUSE OF ACTION
**(Breach of Contract for Sale of Goods – Against Defendant RPS)**
(Washington Transaction)

57.    The preceding allegations are incorporated herein in their entirety.

58.    Plaintiff and RPS entered into an agreement whereby Plaintiff would provide goods and services as requested by RPS in exchange for payment.

*Complaint - 8*

**Hillis Clark Martin & Peterson P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789

59.     On or about August 11, 2021, at RPS's request, Plaintiff shipped goods and provided services as requested by RPS, which is evidenced by a series of invoices. See Exhibits C, D, and E.

60.     As of July 26, 2022, RPS owed $78,862.00 to Plaintiff.

61.     Plaintiff has made several demands for payment, however, to date, RPS has failed and refused to make payment on the invoices.

62.     Plaintiff performed all conditions, covenants, and promises required on its part to be performed in accordance with the terms and conditions of the agreement, including shipping the goods and providing the services listed on the invoices to RPS.

63.     RPS has breached its obligation under the agreement by failing to remit payment as alleged herein. Specifically, RPS breached the agreement by failing to pay to Plaintiff the total amount due and owing to Plaintiff for the goods and services that RPS requested and received.

64.     As a proximate cause of RPS's breach of the contract, as of July 26, 2022, Plaintiff has been damaged in the total amount of $78,862.00, plus interest and costs.

## SIXTH CAUSE OF ACTION
### (Unjust Enrichment – Against Defendant RPS)
(Washington Transaction)

65.     The preceding allegations are incorporated herein in their entirety.

66.     In the alternative to Plaintiff's claim for Breach of Contract (Fifth Cause of Action), Plaintiff asserts that RPS has been unjustly enriched as a result of the conduct set forth above.

67.     By selling and shipping goods and providing services at RPS's request, Plaintiff conferred a benefit on RPS.

*Complaint - 9*

**Hillis Clark Martin & Peterson P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789

68.     RPS acknowledged this benefit through its acceptance, retention, and use of Plaintiff's goods and services.

69.     Under the circumstances set forth above, it would be inequitable for RPS to retain the benefit conveyed by Plaintiff without payment to Plaintiff of the value of the benefit.

70.     RPS has been unjustly enriched in an amount in excess of $78,862.00.

71.     Plaintiff has been injured by RPS in an amount in excess of $78,862.00.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against defendants as follows:

1.     For judgement against defendants in an amount to be determined at trial, together with pre-judgment and post-judgment interest at the maximum legal rate allowed by law;

2.     For an award of attorneys' fees to the extent allowed by law;

3.     For costs of suit; and

4.     For such other and further relief as the Court may deem proper.

DATED this 3rd day of April, 2023.

HILLIS CLARK MARTIN & PETERSON P.S.

By   _s/ Brian C. Free_
By   _s/ Michael E. Schmidt_
Brian C. Free, WSBA #35788
Michael E. Schmidt, WSBA #56883
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789
Email:  brian.free@hcmp.com
             michael.schmidt@hcmp.com
Attorneys for Plaintiff

ND: 24326.002 4881-8054-2810v3

_Complaint - 10_

# EXHIBIT A

BOYD & BOYD

**Invoice**

3500 Chester Ave
Bakersfield, CA  93301-1630
(661) 631.8400   Fax (661) 631-8454

| Date | Invoice # |
|------|-----------|
| 12/13/2018 | 121318 |

| Bill To: | Ship To: |
|----------|----------|
| Packing House Services<br>P.O. Box 399<br>Yakima, WA 98907 | Red Pearl Chile Ltda<br>Portugal 20 oficina 57<br>Santiago, CHL |

| P.O. Number | Terms | Ship | Via | |
|-------------|-------|------|-----|--|
|  | Due on Receipt | Vessel |  |  |

| Quantity | Description | Amount |
|----------|-------------|--------|
|  | Dump Elevator |  |
|  | Cutter |  |
|  | Eliminator |  |
|  | Front End Water System |  |
|  | Water Supply, Pumps, and Plumbing |  |
|  | 1.5" Styrofoam and Stainless skin |  |
|  | Return Cutter | $   258,157.00 |
|  | Chiller (To Be Negotiated) | $    (20,000.00) |
|  |  | $   238,157.00 |
|  | Catwalk | $    41,590.00 |
|  | Flumes | $    32,500.00 |
|  | Return Flume | $     3,300.00 |
|  | Tipper System | $    39,960.00 |
|  | Undersize and Trash | $    14,540.00 |
|  | Cross Cull Conveyor | $    14,982.00 |
|  | Scholar | $     5,993.00 |
|  | Manual Fill Station and Water Recovery | $     2,980.00 |
|  | Return Pump, Piping, and Clean out | $     6,800.00 |
|  | Valves, Plumbing, Flex hoses, Barbs, Water Recovery, and Off | $     8,800.00 |
|  | Grade for Sort Conveyor | $   409,602.00 |
|  | 10% Dealer Discount | $    (40,960.20) |
|  | Shipped Crate and Handling | $     8,960.00 |
|  |  | $   377,601.80 |
|  | **Total** | $ 377,601.80 |

# EXHIBIT B

BOYD & BOYD

**Invoice**

(661) 631-8400    Fax (661) 631-8454
3500 Chester Ave

| Date | Invoice # |
|------|-----------|
| 3/4/2021 | 5165 |

| Bill To | Ship To |
|---------|---------|
| Red Pearl Systems<br>Todd Odman | CFP Ltp<br>9707 128 th Ave<br>Osoyoos, BC V0H1V0 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | CCM | 3/4/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | Parts<br>Parts<br>Discount<br>Installation<br>S & H Invoice | CFP Job<br>Original Quote 3/20/20 Quote#32020<br>9/24/20 Commercial Invoice C92420 Simple Robot Tipper<br>Discount<br>Installation<br>Freight | 601,440.00<br>70,000.00<br>-67,144.00<br>32,950.00<br>12,300.00<br>0.00 | 601,440.00T<br>70,000.00T<br>-67,144.00<br>32,950.00<br>12,300.00<br>0.00 |

| | Total | USD 649,546.00 |
|--|-------|----------------|

# EXHIBIT C

BOYD & BOYD

**Invoice**

3500 Chester Ave
Bakersfield, CA  93301-1630
(661) 631.8400   Fax (661) 631-8454

| Date | Invoice # |
|------|-----------|
| 6/16/2021 | 61621 |

| Bill To: |
|----------|
| Todd Odman |

| Ship To: |
|----------|
| Todd Odman |

| P.O. Number | Terms | Ship | Via | |
|-------------|-------|------|-----|--|
| | Due on Receipt | | | |

| Quantity | Description | Amount |
|----------|-------------|--------|
| 1 | Great Western Transportation Trucking | $  4,738.00 |
| | **Total** | $  4,738.00 |

# EXHIBIT D

BOYD & BOYD

**Invoice**

3500 Chester Ave
Bakersfield, CA  93301-1630
(661) 631.8400   Fax (661) 631-8454

| Date | Invoice # |
|------|-----------|
| 8/11/2021 | 81121 |

| Bill To: |
|----------|
| Todd Odman |

| Ship To: |
|----------|
| Todd Odman |

| P.O. Number | Terms | Ship | Via | |
|-------------|-------|------|-----|--|
| PP81121 | Due on Receipt | | | |

| Quantity | Description | | Amount |
|----------|-------------|--|--------|
| | Labor | | $  32,470.00 |
| | Hotel Room | | $  5,366.00 |
| | Food | | $  2,600.00 |
| | Mileage | | $  1,490.00 |
| | This is Boyd & Boyd's cost for installing Boyd & Boyd 's equipment and 360 Red Pearl and Double Packing Tables with Filler | | |
| | **Total** | | $ 41,926.00 |

# EXHIBIT E

**BOYD & BOYD**

(661) 631-8400    Fax (661) 631-8454
3500 Chester Ave

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/21/2022 | 5220 |

| Bill To | Ship To |
|---------|---------|
| Red Pearl Systems<br>Todd Odman | Piepel Premium<br>11 Chehalis St.<br>Wenatchee, WA 98801 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| PP31621 | Due on receipt | CCM | 2/21/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | Parts | Tote Hand dump platform and gravity conveyor | 1,490.00 | 1,490.00T |
| | Parts | Dump / Cutter elevator with built in cascade and Manifold | 28,960.00 | 28,960.00T |
| | Parts | Water Recovery under elevator | 1,190.00 | 1,190.00T |
| | Parts | Deleafer conveyor system | 6,280.00 | 6,280.00T |
| | Parts | Leaf fill station | 665.00 | 665.00T |
| | Parts | Flume feeder amd flumes | 990.00 | 990.00T |
| | Parts | 11 Bank 42" wide cutter with built in Cascade and water manifold | 69,980.00 | 69,980.00T |
| | Parts | Cutter lifter | 3,390.00 | 3,390.00T |
| | Parts | Stainless steel cutter frame | 3,620.00 | 3,620.00T |
| | Parts | Stainless steel raised extension for cutter frames | 890.00 | 890.00T |
| | Parts | Cutter water recovery | 2,920.00 | 2,920.00T |
| | Parts | Adjustment for stem length | 5,295.00 | 5,295.00T |
| | Parts | Electronic display for sensor | 695.00 | 695.00T |
| | Parts | 6 Lane 39" roller eliminator (manual adjuster) with display | 42,380.00 | 42,380.00T |
| | Parts | Raised extension for eliminator frames | 400.00 | 400.00T |
| | Parts | Adjustable divider | 690.00 | 690.00T |
| | Parts | Eliminator trash dewater pull out conveyor | 6,980.00 | 6,980.00T |
| | Parts | Eliminator undersize dewater pull out conveyor | 6,290.00 | 6,290.00T |
| | Parts | Undersize and trah water recovery | 690.00 | 690.00T |
| | Parts | Water recovery out of eliminator | 2,990.00 | 2,990.00T |
| | Parts | Receiver cascade | 1,880.00 | 1,880.00T |
| | Parts | Pan from eliminator to grader | 897.00 | 897.00T |
| | Parts | RP360 Grader 8 lane 12 drops (Not Quoted) | 0.00 | 0.00T |
| | Parts | Grader flume transitions 4" flumes | 2,990.00 | 2,990.00T |
| | Parts | Cherry return flume with 90 | 1,120.00 | 1,120.00T |
| | Parts | Cherry return elevator | 6,980.00 | 6,980.00T |
| | Parts | Flumes from grader to tables and off grades | 9,890.00 | 9,890.00T |
| | Parts | Water recovery flume and tank with pump and filter | 7,990.00 | 7,990.00T |
| | Parts | Fungicide plumbing | 980.00 | 980.00T |
| | Parts | Fungicide tank, flumes, pump, and filter | 6,980.00 | 6,980.00T |
| | Parts | Dewatering belt and pack station | 5,990.00 | 5,990.00T |
| | Parts | 32' Cull cross conveyor | 6,878.00 | 6,878.00T |
| | Parts | Double packing tables with fillers (Not Quoted) | 0.00 | 0.00T |

# Total

# BOYD & BOYD

(661) 631-8400    Fax (661) 631-8454
3500 Chester Ave

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/21/2022 | 5220 |

| Bill To | Ship To |
|---------|---------|
| Red Pearl Systems<br>Todd Odman | Piepel Premium<br>11 Chehalis St.<br>Wenatchee, WA 98801 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | CCM | 2/21/2022 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| | Parts | 25' long packed box conveyor with 2 layer empty box gravity | 9,980.00 | 9,980.00T |
| | Parts | 14' gravity full box stacking conveyor | 1,496.00 | 1,496.00T |
| | Parts | 28' of mechanic walk, 27' catwalk and operator platforms and stairs | 13,980.00 | 13,980.00T |
| | Parts | Front end pump tank, pumps, and filter | 12,960.00 | 12,960.00T |
| | Parts | Front end manifolds and plumbing | 3,370.00 | 3,370.00T |
| | Parts | Pump and return plumbing | 5,790.00 | 5,790.00T |
| | Parts | Box Staging Table (Not Quoted) | 0.00 | 0.00T |
| | Discount | 10% Discount | -28,694.00 | -28,694.00 |
| | | | 0.00 | 0.00 |

| | Total | USD 258,242.00 |
|---|-------|----------------|

Page 2