**LARSON GRIFFEE & PICKETT PLLC**
P.O. Box 550, Yakima, Washington 98907
Phone: (509) 457-1515
Fax:    (509) 457-1027
William D. Pickett, WSBA No. 27867, Bill@lgplawfirm.com
Amy H. Craft, WSBA No. 57433, Amy@lgplawfirm.com

The Honorable Judge Mary K. Dimke

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GOTTSTEIN CORPORATION, a Pennsylvania corporation, dba Boyd and Boyd Industries;<br><br>     *Plaintiff,*<br><br>  *v.*<br><br>RED PEARL SYSTEMS, LLC, a Washington limited liability company; and PACKING HOUSE SERVICES, INC., a Washington corporation;<br><br>     *Defendants.* | No. 1:23-cv-03046<br><br>**DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND DEMAND FOR JURY TRIAL** |

Defendants Red Pearl Systems, LLC and Packing House Services, Inc. answer Plaintiff's Complaint, using like-numbered paragraphs:

### PARTIES

1. Defendants are without sufficient information to admit or deny the truth of this allegation regarding the corporate structure of Plaintiff, and therefore, denies same.

2. Defendants are without sufficient information to admit or deny the truth of

DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND
DEMAND FOR JURY TRIAL — Page 1 of 11

CAUSE NO. 1:23-cv-03046

**LARSON GRIFFEE & PICKETT PLLC**
105 NORTH THIRD STREET
YAKIMA, WASHINGTON 98901
PHONE: (509) 457-1515 | FAX: (509) 457-1027

this allegation regarding the corporate structure of Plaintiff, and therefore, denies same.

3. Defendants admit that Red Pearl Systems, LLC is a Washington limited liability company with its principal place of business in Union Gap, Washington.

4. Defendants admit that Defendant Packing House Services, Inc. is a Washington corporation with a principal place of business in Union Gap, Washington.

## JURISDICTION AND VENUE

5. This paragraph calls for a legal conclusion, thus no response is required. To the extent a response is required, denied.

6. This paragraph calls for a legal conclusion, thus no response is required. To the extent a response is required, denied.

## GENERAL ALLEGATIONS

7. Defendants admit that Plaintiff purports to sell, deliver, and install industrial and commercial equipment in warehouses.

8. Defendants admit that they, in part, design equipment used for the sorting of produce and other food products.

9. Denied.

10. Defendants state that Todd Odman is the President of both Red Pearl Sorting, LLC and Packing House Services, Inc. The remaining allegations in

DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND
DEMAND FOR JURY TRIAL — Page 2 of 11

CAUSE NO. 1:23-cv-03046

**LARSON GRIFFEE & PICKETT PLLC**
105 NORTH THIRD STREET
YAKIMA, WASHINGTON 98901
PHONE: (509) 457-1515 | FAX: (509) 457-1027

Paragraph 10 are denied.

*Chile Transaction*

11. Denied.

12. Denied. Defendants affirmatively state that invoice #121318 was paid in full in April 2019.

13. Denied.

14. Denied. Defendants affirmatively state that invoice #121318 was paid in full in April 2019.

*Canada Transaction*

15. Defendants admit that Plaintiff shipped equipment to CFP Ltp in Osoyoos, British Columbia, Canada. The remaining allegations are denied.

16. Denied. Defendants never received invoice #5165.

17. Denied. Again, Defendants never received invoice #5165. Payments were made on Quote C32020 for the work that had been completed.

18. Denied.

19. Denied.

*Washington Transaction*

20. Defendants admit that Plaintiff shipped commercial equipment to Piepel Premium in Wenatchee, Washington, but deny the remaining allegations in this Paragraph.

21. Defendants admit that they received the invoice as an excel spreadsheet. The

DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND DEMAND FOR JURY TRIAL — Page 3 of 11

CAUSE NO. 1:23-cv-03046

LARSON GRIFFEE & PICKETT PLLC
105 NORTH THIRD STREET
YAKIMA, WASHINGTON 98901
PHONE: (509) 457-1515 | FAX: (509) 457-1027

remaining allegations are denied.

22. Denied.

23. Denied.

24. Admit.

25. Denied.

26. Denied. Defendants affirmatively state that upon their understanding, an agreement with Plaintiff has been reached with regard to this transaction.

## FIRST CAUSE OF ACTION
### (Breach of Contract for Sale of Goods-Against Defendant Packing House)
### (Chile Transaction)

27. The previous answers are incorporated herein in their entirety, otherwise denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

//

//

//

DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND DEMAND FOR JURY TRIAL — Page 4 of 11

CAUSE NO. 1:23-cv-03046

LARSON GRIFFEE & PICKETT PLLC
105 NORTH THIRD STREET
YAKIMA, WASHINGTON 98901
PHONE: (509) 457-1515 | FAX: (509) 457-1027

## SECOND CAUSE OF ACTION
### (Unjust Enrichment-Against Defendant Packing House)
#### Chile Transaction)

35. The previous answers are incorporated herein in their entirety, otherwise denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

## THIRD CAUSE OF ACTION
### (Breach of Contract for Sale of Goods-Against Defendant RPS)
#### (Canada Transaction)

42. The previous answers are incorporated herein in their entirety, otherwise denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND
DEMAND FOR JURY TRIAL — Page 5 of 11

CAUSE NO. 1:23-cv-03046

## FOURTH CAUSE OF ACTION
### (Unjust Enrichment-Against Defendant RPS)
(Canada Transaction)

50. The previous answers are incorporated herein in their entirety, otherwise denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

## FIFTH CAUSE OF ACTION
### (Breach of Contract for Sale of Goods-Against Defendant RPS)
(Washington Transaction)

57. The previous answers are incorporated herein in their entirety, otherwise denied.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND
DEMAND FOR JURY TRIAL — Page 6 of 11

CAUSE NO. 1:23-cv-03046

**LARSON GRIFFEE & PICKETT PLLC**
105 NORTH THIRD STREET
YAKIMA, WASHINGTON 98901
PHONE: (509) 457-1515 | FAX: (509) 457-1027

## SIXTH CAUSE OF ACTION
### (Unjust Enrichment-Against Defendant RPS)
### (Washington Transaction)

65. The previous answers are incorporated herein in their entirety, otherwise denied.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Defendants deny that Plaintiffs are entitled to any of the relief claimed in its "WHEREFORE" paragraph.

## AFFIRMATIVE DEFENSES

Defendants assert the following affirmative defenses:

1. The Complaint fails to state a cause of action upon which relief can be granted.

2. The invoice related to the "Chile Transaction" has been paid in full.

3. With regard to the "Canada Transaction", Plaintiff wholly failed to provide (1) working, usable equipment, (2) installation, and (3) staff and services to install and repair the equipment. Upon information and belief, Plaintiff's team was unable to enter the country due to criminal

DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND
DEMAND FOR JURY TRIAL — Page 7 of 11

CAUSE NO. 1:23-cv-03046

**LARSON GRIFFEE & PICKETT PLLC**
105 NORTH THIRD STREET
YAKIMA, WASHINGTON 98901
PHONE: (509) 457-1515 | FAX: (509) 457-1027

backgrounds and COVID restrictions. Defendants have no record of ever receiving the alleged invoice attached to the Complaint. As a result of Plaintiff's failures, Defendants suffered and continue to suffer a significant loss related to this transaction.

4. Defendants have suffered damages by reason of the Plaintiff's conduct, including but not limited to its own material breaches, thus Defendants have the right of offset in the event Defendants are found to owe any money to Plaintiff as damages.

5. To the extent Defendants' performance may be judged as deficient, Plaintiff hindered Defendants' ability to perform its part of the agreement.

6. Plaintiff's claims are barred, in whole or in part, under the doctrine of unclean hands.

7. Plaintiff has engaged and is engaging in conduct that constitutes waiver.

8. Plaintiff's claims are barred, in whole or in part, under the doctrine of equitable estoppel by reason of Plaintiff's acts, representations, and courses of conduct upon which Defendants relied to their detriment.

9. Plaintiff's damages, to the extent any exist, were proximately caused by Plaintiff in that at all times herein, Plaintiff failed to exercise for its own protection the proper care and precautions which prudent persons under the same and similar circumstances would have exercised.

10. If the rights and obligations exist as alleged by Plaintiff, Plaintiff's claims relying on these rights and obligations are unenforceable because it assumed the risks involved in entering into the agreement.

DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND
DEMAND FOR JURY TRIAL — Page 8 of 11

CAUSE NO. 1:23-cv-03046

**LARSON GRIFFEE & PICKETT PLLC**
105 NORTH THIRD STREET
YAKIMA, WASHINGTON 98901
PHONE: (509) 457-1515 | FAX: (509) 457-1027

11. Plaintiff's claims are barred in whole or in part by the doctrine of laches.

12. Defendants assert that at no point in time did they enter into a written contract with Plaintiff.

13. Defendants assert that they are relieved from liability to Plaintiff because Plaintiff failed to perform material conditions precedent to payment, including the failure to provide usable equipment and services, the failure to provide repairs necessary to the equipment to render it usable, and the failure to provide equipment in a usable and working condition.

14. Plaintiff's claims are barred because Plaintiff's own material breach precludes its recovery.

15. Defendants have performed all obligations required under law or by any alleged agreement.

16. Plaintiff's acts and omissions have caused a failure of consideration.

17. Defendants assert that Plaintiff failed to mitigate its damages

18. Defendants reserve the right to assert any additional defenses or affirmative defenses that may apply pending further discovery, and nothing contained in the Answer should be construed as a waiver of any such additional defenses.

## **JURY DEMAND**

In the event this case proceeds to trial, Defendants demand that this case be tried to a 12 person jury.

//

//

DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND
DEMAND FOR JURY TRIAL — Page 9 of 11

CAUSE NO. 1:23-cv-03046

**LARSON GRIFFEE & PICKETT PLLC**
105 NORTH THIRD STREET
YAKIMA, WASHINGTON 98901
PHONE: (509) 457-1515 | FAX: (509) 457-1027

WHEREFORE Defendants pray for relief as follows:

1. Dismissal of Plaintiff's Claims with prejudice;

2. For an award of attorney's fees and other costs of suit as provided by statute, contract, or equity; and

3. For such other and further relief as the Court deems just and equitable.

**DATED** this 16th day of May 2023.

s/ William D. Pickett

**LARSON GRIFFEE & PICKETT PLLC**
William D. Pickett, WSBA No. 27867
Amy H. Craft, WSBA No. 57433
*Attorneys for Defendants*

DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND
DEMAND FOR JURY TRIAL — Page 10 of 11

CAUSE NO. 1:23-cv-03046

**LARSON GRIFFEE & PICKETT PLLC**
105 NORTH THIRD STREET
YAKIMA, WASHINGTON 98901
PHONE: (509) 457-1515 | FAX: (509) 457-1027

# CERTIFICATE OF SERVICE

I certify that on May 16th, 2023, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of such filing to the following:

> Michael Schmidt, WSBA No. 56883
> Michael.Schmidt@hcmp.com
> Brian C. Free, WSBA No. 35788
> Brian.Free@hcmp.com
> Hillis Clark Martin & Peterson, P.S.
> 999 Third Avenue, Ste. 4600
> Seattle, WA 98104
> (206) 470-7639

**DATED** at Yakima, Washington, this 16th day of May, 2023.

__s/Sarah Matheny_____
Sarah Matheny, *Legal Assistant & APR 6 Law Clerk*

DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND
DEMAND FOR JURY TRIAL — Page 11 of 11

CAUSE NO. 1:23-cv-03046

LARSON GRIFFEE & PICKETT PLLC
105 NORTH THIRD STREET
YAKIMA, WASHINGTON 98901
PHONE: (509) 457-1515 | FAX: (509) 457-1027