FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 26, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GOTTSTEIN CORPORATION, a Pennsylvania corporation, d/b/a BOYD & BOYD INDUSTRIES,<br><br>      Plaintiff,<br><br> v.<br><br>RED PEARL SYSTEMS, LLC, a Washington limited liability company; and PACKING HOUSE SERVICES, INC., a Washington corporation,<br><br>      Defendants, | No.  1:23-CV-03046-MKD<br><br>ORDER ON STIPULATED MOTION TO DISMISS<br><br>**ECF No. 18** |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 18. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), a plaintiff may dismiss an action without court order by filing a Stipulated Motion to Dismiss signed by all parties who have appeared.  The parties stipulate and agree to the dismissal of Plaintiff's causes of action against all Defendants with prejudice and

ORDER - 1

without an award of fees or costs.  The stipulation is signed by counsel for all parties.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion to Dismiss, **ECF No. 18**, is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, this case is **DISMISSED with prejudice** and without an award of fees or costs.

3. All pending deadlines and hearings, if any, are **STRICKEN**.

4. All pending motions, if any, are **DENIED AS MOOT**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, provide copies to the parties, and **CLOSE** this case.

DATED December 26, 2023.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2